IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRST COLONY CHURCH OF CHRIST, § § Plaintiff, § § vs. § § FRETZ CONSTRUCTION COMPANY, § ILLINOIS NATIONAL INSURANCE § COMPANY, and EMPLOYERS § MUTUAL CASUALTY COMPANY, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-00532 |

**MOTION OF PLAINTIFF, FIRST COLONY CHURCH OF CHRIST, TO ABATE MOTION TO DISMISS PENDING MAY 2, 2019 STATUS CONFERENCE OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PENDING MOTION TO DISMISS**

**TO THE HONORABLE LEE HYMAN ROSENTHAL, U.S. DISTRICT JUDGE:**

First Colony Church of Christ, Plaintiff herein ("FCCC"), files this *Motion of Plaintiff, First Colony Church of Christ, to Abate Motion to Dismiss Pending May 2, 2019 Status Conference or in the Alternative, Motion for Extension of Time to File Response to Pending Motion to Dismiss* and in support thereof would show the Court the following.

1.  FCCC respectfully requests an abatement of this action through the initial status conference now set for May 2, 2019. The abatement principally would affect the now pending motion to dismiss (Docket No. 8) filed by Illinois National Insurance Company ("INIC") and pending receipt by FCCC of a copy of the insurance contacts that are at issue in this action.

2.  As set forth in the state court petition prior to removal of this action (Docket No. 1-5 herein), FCCC seeks recovery from the insurance defendants herein in the capacity of an insured

under the relevant policies and on account of the construction defects and other errors and/or omissions committed by Fretz Construction Company ("Fretz").

3. Fretz has admitted liability for the construction defects and other errors and/or omissions. *See* **Exhibit 1**.[1]

4. The petition included discovery to the insurer defendants seeking a copies of the policies. *See* Docket No. 1-5.

5. FCCC has been unable to obtain copies of the insurance policies that Fretz purchased for the benefit of FCCC, and for months the insurer defendants have failed and refused to provide the policies. FCCC has requested copies of the policies since the insurer defendants assigned counsel and removed this action to no avail. *See* **Exhibit 2**.

6. The petition included discovery to the insurer Defendants seeking a copies of the policies. *See* Docket No. 1-5 herein. No response has been received to this discovery.

7. For its part, Fretz is a Chapter 7 corporate debtor in a bankruptcy case pending in this district. As evidenced by the absence of a motion of the trustee to operate the business of Fretz in the bankruptcy case (*see* 11 U.S.C. §721), Fretz is out of business and has no employees and no operations.

8. So far, no one associated with Fretz, including the Chapter 7 Trustee, has uncovered the insurance policies at issue in this matter. The Chapter 7 Trustee has asked that the insurer defendants circulate the policies in question and now FCCC and the Chapter 7 Trustee await a response. *See* **Exhibit 3**.

---

[1] All exhibits are incorporated by reference herein. Fed. R. Civ. P. 10(c).

**MOTION OF PLAINTIFF, FIRST COLONY CHURCH OF CHRIST, TO ABATE MOTION TO DISMISS PENDING MAY 2, 2019 STATUS CONFERENCE OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PENDING MOTION TO DISMISS — - PAGE 2**
1565735

9. Fundamentally, this action is a breach of contract case. INIC's motion to dismiss (Docket No. 8) asserts that FCCC is entitled to no coverage as a matter of law because of the status of FCCC as "additional insured," *but without attaching or otherwise supplying a copy of the insurance contracts that are at issue* and that would explain the circumstances under which FCCC is entitled to a recovery under the insurance contracts.

10. Alternatively, FCCC respectfully requests an extension of time to file a response to the Motion to Dismiss for the reasons enumerated hereinabove (and/or to amend and/or supplement the response that FCCC may file following a receipt of the insurance policies). FCCC has sought the agreement of the Defendants for an extension pending receipt of the policies, but INIC (at least, and likely the other Defendant too) opposes extension nor will say if or when the insurance policies will be provided.

11. Essentially, INIC filed the pending Motion to Dismiss knowing full well that FCCC has been requesting a copy of the applicable insurance policies for months. FCCC should not be placed in this precarious position. Instead, FCCC should have the opportunity and ability to review the applicable contracts at a time when they have filed a motion indicating that the contract does not apply to Plaintiff.

12. This motion is not sought for the purposes of delay but solely so that justice can be done.

13. A proposed of order is submitted with this Motion and is incorporated by reference herein.

WHEREFORE, First Colony Church of Christ, Plaintiff, respectfully request that the Court abate the Motion to Dismiss (Docket No. 8) filed by Illinois National Insurance Company through and until at least the May 2, 2019, status conference or alternatively, that this court grant Plaintiff

an extension to file its response after Plaintiff has received a copy of the insurance contract that is the subject of the pending Motion to Dismiss, and/or that any response filed by FCCC may be amended and/or supplemented following a receipt of the insurance policies.  Plaintiff requests such other and further relief to which Plaintiff is entitled at law or in equity.

Dated:  March 15, 2019             Respectfully submitted:

                                       WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                       By:     /s/ Jeff Carruth
                                          ANDREW M. CAPLAN
                                          State Bar No. 03776700
                                          JEFF CARRUTH
                                          State Bar No. 24001846

                                          Eleven Greenway Plaza, Suite 1400
                                          Houston, Texas 77046
                                          Telephone: (713) 961-9045
                                          Facsimile: (713) 961-5341
                                          acaplan@wkpz.com, jcarruth@wkpz.com

                                       ATTORNEYS FOR PLAINTIFF,
                                       FIRST COLONY CHURCH OF CHRIST

## **CERTIFICATE OF SERVICE**

     On March 15, 2019, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

                                                   */s/ Jeff Carruth*
                                                   JEFF CARRUTH

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST COLONY CHURCH OF CHRIST, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | CIVIL ACTION NO. 4:19-CV-00532 |
| FRETZ CONSTRUCTION COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY, and EMPLOYERS MUTUAL CASUALTY COMPANY, | § § § § § § | |
| Defendants. | § | |

**ORDER REGARDING MOTION OF PLAINTIFF, FIRST COLONY CHURCH OF CHRIST, TO ABATE MOTION TO DISMISS PENDING MAY 2, 2019 STATUS CONFERENCE OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PENDING MOTION TO DISMISS**

On this day came on for consideration the *Motion of Plaintiff, First Colony Church of Christ, to Abate Motion to Dismiss Pending May 2, 2019 Status Conference or in the Alternative, Motion for Extension of Time to File Response to Pending Motion to Dismiss* (the "Motion") filed herein on March 15, 2019, by First Colony Church of Christ, Plaintiff herein ("FCCC"). Upon review of the record of this case and with respect to the Motion, the Court concludes that cause exists to grant the relief requested therein.

IT IS THEREFORE ORDERED THAT :

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Motion to Dismiss (Docket No. 8) is hereby abated through and until at least the May 2, 2019, status conference.

4. FCCC may amend and/or supplement its response to the Motion to Dismiss within seven (7) days following the filing in this action, and distribution to FCCC, by each of the Defendants of the applicable insurance policies involving Fretz Construction Company and the FCCC as the additional insured.

Dated: _____

                                      **THE HONORABLE LEE HYMAN ROSENTHAL, U.S. DISTRICT JUDGE**

Order Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:   /s/ Jeff Carruth
     ANDREW M. CAPLAN
     State Bar No. 03776700
     JEFF CARRUTH
     State Bar No. 24001846

     Eleven Greenway Plaza, Suite 1400
     Houston, Texas 77046
     Telephone: (713) 961-9045
     Facsimile: (713) 961-5341
     acaplan@wkpz.com, jcarruth@wkpz.com

ATTORNEYS FOR PLAINTIFF,
FIRST COLONY CHURCH OF CHRIST

**Exhibit 001**

**From:** **Nicholls, Mike** men@patrinely.com
**Subject:** FW: Bell Tower
**Date:** April 19, 2017 at 7:04 AM
**To:** Bret Gowens bretg@firstcolonychurch.org

I figure he would step up.

## Michael E. Nicholls

**From:** Bob Fretz Jr. [mailto:BFretz@FretzConstruction.com]
**Sent:** Wednesday, April 19, 2017 6:52 AM
**To:** Nicholls, Mike <men@patrinely.com>
**Subject:** RE: Bell Tower

Mike, I don't know how these repairs could be anything but on us.  Because they are going to be very expensive, we have put our insurance carrier on notice, and are in the process of going back to the insurance carrier for the masonry and waterproofing subs, both of whom are out of business.  I'm not sure they carried full completed operations coverage, but we are trying to find out.  I will let you know.


**Bob Fretz Jr.**



8945 Long Point Road, Suite 210
Houston, Texas 77055
713-641-6777  Phone
713-641-4676  Fax
bfretz@fretzconstruction.com


-----Original Message-----
From: Nicholls, Mike [mailto:men@patrinely.com]
Sent: Thursday, April 13, 2017 4:02 PM
To: Bob Fretz Jr.
Subject: Bell Tower

Good afternoon Bob the Church is asking me if these repairs are going to be your nickel or ours?  Let me know your thoughts when you can.
Have a Happy Easter

Sent from my iPhone

This e-mail and any attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# Jeff Carruth

| | |
|---|---|
| **From:** | Jeff Carruth |
| **Sent:** | Thursday, February 21, 2019 2:56 PM |
| **To:** | Jeff Carruth; 'evanmeir@thompsoncoe.com' |
| **Subject:** | RE: First Colony vs. Fretz txsd 4:19-cv-00532 |

Thanks again for the visit today. Please send a copy of the policy.  Thanks. – J.C.

---

**From:** Jeff Carruth
**Sent:** Thursday, February 21, 2019 6:40 AM
**To:** 'evanmeir@thompsoncoe.com'
**Subject:** First Colony vs. Fretz txsd 4:19-cv-00532

Do you have time for a call today?  Say maybe 2 pm?  Thanks.



DALLAS ▪ HOUSTON ▪ AMARILLO

*D.* (713) 341-1158

*M.* (214) 552-7242

*F.* (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.

# Jeff Carruth

| | |
|---|---|
| **From:** | Jeff Carruth |
| **Sent:** | Wednesday, February 27, 2019 5:43 AM |
| **To:** | Aaron Mitchell |
| **Subject:** | RE: FCCC v. Fretz, et al., Civil Action No. 4:19-cv-00532--Executed Waiver of Summons |

Got it thanks

How about copies of the policy / policies please?  That would cut through a lot of stuff.  Thanks. – J.C.

**From:** Aaron Mitchell <aaronm@tbmmlaw.com>
**Sent:** Tuesday, February 26, 2019 9:55 PM
**To:** Jeff Carruth <jcarruth@wkpz.com>
**Cc:** Aaron Mitchell <aaronm@tbmmlaw.com>
**Subject:** FCCC v. Fretz, et al., Civil Action No. 4:19-cv-00532--Executed Waiver of Summons

Jeff:

Please see the attached.

**Aaron L. Mitchell**
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Direct:  (214) 665-0110
Fax:  (214)665-0199
aaronm@tbmmlaw.com

This transmission may be:  (1) subject to the attorney-client privilege, (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message.  Unauthorized interception of this email is a violation of federal criminal law.

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (1) as a basis for avoiding federal tax penalties that may be imposed on that person, or (2) to promote, market or recommend to another party any transaction or matter addressed herein.

Exhibit 003

**Jeff Carruth**

| | |
|---|---|
| **From:** | Fritz, Michael D. <MFritz@DiamondMcCarthy.com> |
| **Sent:** | Tuesday, March 12, 2019 5:11 PM |
| **To:** | Jeff Carruth; 'Rodney Tow' |
| **Cc:** | 'evanmeir@thompsoncoe.com'; 'aaronm@tbmmlaw.com'; Andrew Caplan |
| **Subject:** | RE: txsb 17-33832 Fretz Const. Co. and txsd 4:19-cv-00532  First Colony vs. Fretz |

Jeff,

Thank you for your e-mail. The Trustee understands that two policies are involved in the First Colony matter, one issued by Illinois National and one by Employers Mutual Casualty. The Trustee confirms that he does not have a copy of the Illinois National policy. With respect to the Employers Mutual Casualty policy, the Trustee has some policy documents, but cannot confirm definitely whether he has the entire policy in his possession.

Therefore, the Trustee kindly requests that the insurers or their counsel circulate copies of those policies.



**Michael D Fritz | Associate**
**909 Fannin Street, 37th Floor**
**Two Houston Center**
**Houston, TX 77010**
713-333-5128 direct
713-333-5100 main
713-333-5199 fax
Conference call dial-in: 877-659-5570 Access code 0157121
web  |  bio  |  vCard

HOUSTON | DALLAS | NEW YORK | LOS ANGELES | SAN FRANCISCO

This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

Pursuant to U.S. Treasury Department Regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purposes of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Jeff Carruth [mailto:jcarruth@wkpz.com]
**Sent:** Friday, March 08, 2019 8:48 AM
**To:** 'Rodney Tow'; Fritz, Michael D.
**Cc:** 'evanmeir@thompsoncoe.com'; 'aaronm@tbmmlaw.com'; Andrew Caplan; Jeff Carruth
**Subject:** RE: txsb 17-33832 Fretz Const. Co. and txsd 4:19-cv-00532 First Colony vs. Fretz

Rodney and Mike -  check in.  Thanks. – J.C.

**From:** Jeff Carruth
**Sent:** Friday, February 22, 2019 1:19 PM
**To:** Rodney Tow <rtow@rtowtrustee.com>; 'mfritz@diamondmccarthy.com' <mfritz@diamondmccarthy.com>
**Cc:** 'evanmeir@thompsoncoe.com' <evanmeir@thompsoncoe.com>; 'aaronm@tbmmlaw.com'

<aaronm@tbmmlaw.com>; Jeff Carruth <jcarruth@wkpz.com>; Andrew Caplan <acaplan@wkpz.com>
**Subject:** txsb 17-33832 Fretz Const. Co. and txsd 4:19-cv-00532 First Colony vs. Fretz

Rodney and/or Mike –

Counsel for the insurers are copied on this email.

***Please "reply to all" to:***

1. confirm that the Trustee / Chapter 7 estate to your knowledge do not possess copies of the insurance policies involved in the First Colony construction defect matter; and
2. that the Trustee request copies that copies of the insurance policy document sets in question be circulated to the Trustee and First Colony (through counsel).

Thank you.



*Trusted Legal Advisors Since 1976*

DALLAS ▪ HOUSTON ▪ AMARILLO
D. (713) 341-1158
M. (214) 552-7242
F. (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.