**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FIRST COLONY CHURCH OF CHRIST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:19-CV-00532 |
| | § | |
| FRETZ CONSTRUCTION COMPANY, | § | |
| ILLINOIS NATIONAL INSURANCE | § | |
| COMPANY, and EMPLOYERS | § | |
| MUTUAL CASUALTY COMPANY, | § | |
| | § | |
| Defendants. | § | |

**OBJECTION AND RESPONSE FIRST COLONY CHURCH OF CHRIST, TO ILLINOIS NATIONAL INSURANCE COMPANY'S MOTION TO DISMISS AND BRIEF IN SUPPORT (RE: DOCKET NO. 8)**

**TO THE HONORABLE LEE HYMAN ROSENTHAL, U.S. DISTRICT JUDGE:**

First Colony Church of Christ ("FCCC" or "Plaintiff") herein, files this Objection and Response to the *Illinois National Insurance Company's Motion to Dismiss and Brief in Support* (Docket No. 8) (the "Motion to Dismiss") filed herein by Illinois National Insurance Company ("INIC") and in support thereof would show the Court the following.

1.       The Motion to Dismiss is easily determined by the lack of copies of the operative insurance policies.

2.       When deciding a 12(b)(6) motion, the Court must assume that Plaintiff's non-conclusory factual allegations are true and cannot decide disputed factual issues.  *See Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  If the allegations also plausibly give rise to an entitlement to relief, the Court should not dismiss the complaint for failure to state a claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009).  The Court must indulge all inferences in

favor of Plaintiff. *Jones v. Gen. Elec. Co.*, 87 F.3d 209, 211 (7th Cir. 1996). The Court should not make any findings of fact or conclusions of law when ruling on a 12(b)(6) motion. See FED. R. CIV. P. 52(a)(3).

3.      Determination of the first party versus third party question raised by INIC requires the direct examination of the actual insurance contract documents and not merely reliance on INIC's unsubstantiated allegations regarding the policies. *See Landmark American Insurance Co. v. Eagle Supply & Mfg. L.P.*, 530 S.W.3d 761, 767-68 (Tex. App.—Eastland 2017, no pet.) ("This contention requires an analysis of the Landmark policy."). In fact, courts deciding the type of question raised in the Motion to Dismiss look first to the language of the policy. *See id.* at 768; *see also Ohio Cas. Ins. Co. v. Time Warner Entertainment Co., L.P.*, 244 S.W.3d 885, 889 (Tex. App.—Dallas 2008, no pet.) (as to Time Warner's status as additional insured: "We start with the language of the policies.").

4.      Although INIC is sure to contend that it is unlikely that the insurance policies at issue here would ever provide the necessary and/or direct first party coverage to FCCC, an examination of the actual insurance contract documents still is necessary for that kind of determination. Consequently, the Motion to Dismiss is fatally defective and easily dismissed because a question of fact exists and INIC has failed to include a copy of the relevant insurance contract documents.

5.      Beyond the initially fatal defect, INIC also fails to address or take into account the possibility that an agreement as to the liability of the general contractor Fretz existed, which would immediately implicate coverage outside of any potential judgment. The no direct action rule asserted by INIC would preclude FCCC unless the liability of the general contractor Fretz first is been established by final judgment *or by agreement*. *See id.* ("To the extent that Eagle is a third-

party claimant under the Landmark policy, the no-direct-action rule precludes Eagle from pursuing a direct action against Landmark unless and until Metex's liability to Eagle has been established by final judgment or agreement."). On April 13-19, 2017, FCCC and the owner of Fretz exchanged correspondence wherein Fretz agreed that Fretz was responsible for the construction defects and damages suffered by FCCC. *See* **Exhibit 1**.[1] In the communication, FCCC asks Fretz whether Fretz is liable, and Fretz responds in the affirmative. *See id.*

6.      FCCC commenced this action by serving discovery to both insurance Defendants seeking copies of the relevant insurance policies. *See* Docket No. 1-5 herein. To date, neither insurance company Defendant has responded to the discovery or otherwise provided copies of such policies. FCCC, concurrently with the filing of this Response, has filed a motion to abate the Motion to Dismiss in order to provide a further opportunity to address the question of the actual contents of the insurance documents.

7.      Otherwise, FCCC's pleading regarding the status of Fretz in this action reflects that FCCC has filed a proof of claim against the Fretz bankruptcy estate. *See* **Exhibit 2** (proof of claim) and **Exhibit 3** (claims register). No party has objected to the proof of claim. *See* Exhibit 3. Thus, the proof of claim is deemed allowed by operation of 11 U.S.C. §502, and with the agreement of Fretz indicated above as to liability, no substantive issue exists as to the liability of Fretz. The proof of claim as allowed is entitled to res judicata effect in subsequent proceedings. *See Matter of Baudoin*, 981 F.2d 736, 739-42 (5th Cir. 1993) (allowance of bank's proof of claim in bankruptcy case precluded debtor's lender liability claims against bank after bankruptcy: "The bankruptcy court's order allowing the Bank's proof of claim in the RFBI bankruptcy also involved

---

[1] Each exhibit is incorporated by reference herein as if fully set forth verbatim. Fed. R. Civ. P. 10(c).

the "same claim" the Baudoins are asserting now in state court, because the lender liability claim might have also been asserted in response to that proof of claim."). The Chapter 7 Trustee, creditors, and parties in interest have had one year since the filing of the proof of claim on March 18, 2018, to object to the proof of claim, and no objections have been filed or threatened.

8.      At most, the language in the *Plaintiff's Original Petition* discussing the status of Fretz merely recognizes that this action will not determine the extent of the distribution to FCCC in the Fretz bankruptcy case on account of the allowed proof of claim. Overall, the status of Fretz in this action does not erase the necessity of examining the actual insurance policies to decide the Motion to Dismiss.

WHEREFORE, First Colony Church of Christ, Plaintiff, respectfully requests that the Court deny the Motion to Dismiss. Plaintiff requests such other and further relief to which Plaintiff is entitled at law or in equity.

*{continued on following page}*

**OBJECTION AND RESPONSE FIRST COLONY CHURCH OF CHRIST, TO ILLINOIS NATIONAL INSURANCE COMPANY'S MOTION TO DISMISS AND BRIEF IN SUPPORT (RE: DOCKET NO. 8) — Page 4** 1565632[1]

Dated:  March 15, 2019    Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By:_____/s/ Jeff Carruth_____
         ANDREW M. CAPLAN
         State Bar No. 03776700
         JEFF CARRUTH
         State Bar No. 24001846

         Eleven Greenway Plaza, Suite 1400
         Houston, Texas 77046
         Telephone: (713) 961-9045
         Facsimile: (713) 961-5341
         acaplan@wkpz.com, jcarruth@wkpz.com

        ATTORNEYS FOR PLAINTIFF,
        FIRST COLONY CHURCH OF CHRIST

## CERTIFICATE OF SERVICE

On March 15, 2019, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

         */s/ Jeff Carruth*_____
         JEFF CARRUTH

Exhibit  001

**From:** **Nicholls, Mike**  men@patrinely.com  📎
**Subject:** FW: Bell Tower
**Date:** April 19, 2017 at 7:04 AM
**To:** Bret Gowens  bretg@firstcolonychurch.org



I figure he would step up.

## Michael E. Nicholls

**From:** Bob Fretz Jr. [mailto:BFretz@FretzConstruction.com]
**Sent:** Wednesday, April 19, 2017 6:52 AM
**To:** Nicholls, Mike <men@patrinely.com>
**Subject:** RE: Bell Tower

Mike, I don't know how these repairs could be anything but on us.  Because they are going to be very expensive, we have put our insurance carrier on notice, and are in the process of going back to the insurance carrier for the masonry and waterproofing subs, both of whom are out of business.  I'm not sure they carried full completed operations coverage, but we are trying to find out.  I will let you know.

**Bob Fretz Jr.**



8945 Long Point Road, Suite 210
Houston, Texas 77055
713-641-6777  Phone
713-641-4676  Fax
bfretz@fretzconstruction.com

-----Original Message-----
From: Nicholls, Mike [mailto:men@patrinely.com]
Sent: Thursday, April 13, 2017 4:02 PM
To: Bob Fretz Jr.
Subject: Bell Tower

Good afternoon Bob the Church is asking me if these repairs are going to be your nickel or ours?  Let me know your thoughts when you can.
Have a Happy Easter

Sent from my iPhone

This e-mail and any attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>FRETZ CONSTRUCTION COMPANY</strong></td></tr>
<tr><td>Court</td><td>United States Bankruptcy Court<br>Southern District of Texas</td></tr>
<tr><td>Case Number</td><td>Case No. <strong>17-33832</strong></td></tr>
</table>

**Exhibit 002**

Official Form 410

# Proof of Claim

**12/15**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

First Colony Church of Christ

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Jeff Carruth (SBOT # 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Phone: (713) 341-1128, Fax: (866) 666-5322
jcarruth@wkpz.com

Robert Beasley
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
11 Greenway Plaza, 1400 Summit Tower
Houston, Texas 77046
Telephone: (713) 961-9045, Fax (713) 961-5341
rbeasley@wkpz.com

**Where should payments to the creditor be sent?** (if different)

Robert Beasley
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
11 Greenway Plaza, 1400 Summit Tower
Houston, Texas 77046
Telephone: (713) 961-9045, Fax (713) 961-5341
rbeasley@wkpz.com

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

**Proof of Claim**

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim? _NOT LESS THAN:_**

$ _____ 5 86,486.00 **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Construction defect / construction guaranty work _____

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real Estate. Mineral interests, oil and gas wells.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of claim that is secured:** $ _____

**Amount of claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____

☒ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition:** $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | |
|---|---|
| | ☒ No |
| | ☐ Yes. *Check all that apply:* |

| | |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier.11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. | $ _____ |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    __March 10, 2018__

__/s/ Jeff Carruth__
Signature

**Print the name of the person who is completing and signing this claim:**

Jeff Carruth (SBOT # 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Phone: (713) 341-1128, Fax: (866) 666-5322
jcarruth@wkpz.com

**Information in support of claim:**
Amount claim subject to increase by further investigation and evaluation of construction defects.

**Summary of Exhibits**
Exhibit 1 — Preliminary repair estimate

**Reservation of Rights**
Creditor reserves the right to amend and/or revise this proof of claim, to supply additional supporting documentation, and to revise, verify, and potentially increase the amount of the claim, and to see any amounts due and owing for post-petition services.

## EXHIBIT 1

### First Colony Church of Christ

HARVEY

Water Leak Repair Budget - 3/8/18

| CSI Div. | Description | Quantity | Unit | Unit Cost | Cost |
|---|---|---|---|---|---|
| 1 | **Project General Conditions** | | | | $ 83,795 |
| | Supervision & Management | 4 | MOS | $ 15,420 | $ 61,679 |
| | Dumpsters | 4 | EA | $ 450 | $ 1,800 |
| | 125' Super Boom-lift for access to 2 sides of Bell Tower | 2 | MOS | $ 10,158 | $ 20,316 |
| 2 | **Sitework & Demolition** | | | | $ 7,500 |
| | Unforeseen Conditions | | EXCL | $ - | $ - |
| | Landscape and Sprinkler Repair | 3 | EA | $ 2,500.00 | $ 7,500.00 |
| 4 | **Masonry & Stone** | | | | $ 175,900 |
| | Brick Work - remove, salvage, re-install | 1 | SUB | $ 171,900.00 | $ 171,900 |
| | Scaffolding @ 2 Low Roofs (for access & fall protection) | | Inc | | $ - |
| | Scaffolding @ Bell Tower (2 sides) | | Inc | | $ - |
| | Purchase New Brick | 1 | ALLW | $ 4,000 | $ 4,000 |
| 5 | **Metals** | | | | $ 3,060 |
| | New Lintel Angles at Bell Tower Roof | 72 | LF | $ 42.50 | $ 3,060 |
| 7 | **Thermal & Moisture Protection** | | | | $ 159,709 |
| | Waterproofing Repair/Replacement/Rework @ 2 Low Roofs | 1 | SUB | $ 25,000.00 | $ 25,000 |
| | Waterproofing Repair/Replacement/Rework @ Bell Tower | 1 | SUB | $ 40,000.00 | $ 40,000 |
| | Standing Seam Roof Removal/Replacement @ 2 Low Roofs | 2,592 | SF | $ 19.55 | $ 50,674 |
| | Remove & Replace Mod Bit Roofing @ Top of Bell Tower | 324 | SF | $ 58.75 | $ 19,035 |
| | Field Inspections by BES (Waterproofing Consultant) | 5 | EA | $ 5,000.00 | $ 25,000 |
| 9 | **Finishes** | | | | $ 42,809 |
| | Drywall Replacement Inside Bell Tower Storage Room | 3,780 | SF | $ 5.00 | $ 18,900 |
| | Acoustical Ceiling Tile/Grid Replacement | 1,134 | SF | $ 8.00 | $ 9,072 |
| | Paint | 4,914 | SF | $ 2.25 | $ 11,057 |
| | Carpet | 126 | SY | $ 30.00 | $ 3,780 |
| 16 | **Electrical** | | | | $ 9,025 |
| | Light Fixture Replacement | 15 | EA | $ 375.00 | $ 5,625 |
| | Temp Power (Generator 220v) | 4 | mos | $ 850.00 | $ 3,400 |
| | **Miscellaneous** | | | | $ 5,000 |
| | Final Clean | 1 | LS | $ 5,000.00 | $ 5,000 |
| | Building Permit | | N/A | | $ - |
| | **Subtotal Cost of the Work** | | | | $ 486,797 |
| | Contingency | | | 4.00% | 19,472 |
| | Payment & Performance Bond | EXCL | | 0.00% | $ - |
| | Builder's Risk Insurance | | | 0.35% | $ 1,772 |
| | CGL/EL/Subguard Insurance | | | 1.57% | $ 7,948 |
| | Fee | | | 5.00% | $ 25,799 |
| | Remodel Tax | | | 8.25% | $ 44,698 |
| | **TOTAL** | | | | **$ 586,486** |

**Qualifications:**
- Our pricing includes areas of work identified in the BES Report dated March 20, 2017; and as shown in SK-01. If the problem is not identified or resolved in these zones, we reserve the right to adjust the cost of work as appropriate.
- Assumes normal working hours, M-F.
- Total project duration is expected to not exceed 4 months; 1 month for bump-out, and 2 months for the Bell Tower. We will work each area start-to-finish.
- We will salvage as many bricks as possible, and pull from Owner's Attic Stock as needed.
- Unspent Contingency will be returned to Owner.
- Unspent allowance for "Purchase New Brick" will be returned to Owner.

1425608.DOCX

BK ECF CL LIVE - U.S. Bankruptcy Court: Southern

# Southern District of Texas
## Claims Register



### 17-33832 Fretz Construction Company

| | |
|---|---|
| **Judge:** Jeff Bohm | **Chapter:** 7 |
| **Office:** Houston | **Last Date to file claims:** |
| **Trustee:** Rodney D Tow | **Last Date to file (Govt):** |

---

**Creditor:** (9993353)
Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

**Claim No: 1**
*Original Filed Date:* 06/26/2017
*Original Entered Date:* 06/26/2017

*Status:*
*Filed by:* CR
*Entered by:* John P Dillman
*Modified:*

| Amount | claimed: | $2850.78 | | |
|---|---|---|---|---|
| Secured | claimed: | $2850.78 | | |

*History:*

| Details | | 1-1 | 06/26/2017 | Claim #1 filed by Harris County et al., Amount claimed: $2850.78 (Dillman, John) |
|---|---|---|---|---|

*Description:* (1-1) Ad Valorem Taxes

*Remarks:*

---

**Creditor:** (10018065)
Millis Equipment Rental LLC
c/o Josh Judd
Andrews Myers, PC
1885 Saint James Place, 15th Floor
Houston, Texas 77056

**Claim No: 2**
*Original Filed Date:* 07/27/2017
*Original Entered Date:* 07/27/2017

*Status:*
*Filed by:* CR
*Entered by:* T. Josh Judd
*Modified:*

| Amount | claimed: | $103660.33 | | |
|---|---|---|---|---|

*History:*

| Details | | 2-1 | 07/27/2017 | Claim #2 filed by Millis Equipment Rental LLC, Amount claimed: $103660.33 (Judd, T.) |
|---|---|---|---|---|

*Description:*

*Remarks:*

---

**Creditor:** (10051166)
Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

**Claim No: 3**
*Original Filed Date:* 09/08/2017
*Original Entered Date:* 09/08/2017

*Status:*
*Filed by:* CR
*Entered by:* Erin Connor Reid
*Modified:*

| Amount | claimed: | $125.00 | | |
|---|---|---|---|---|
| Priority | claimed: | $125.00 | | |

*History:*

| Details | | 3-1 | 09/08/2017 | Claim #3 filed by Texas Workforce Commission, Amount claimed: $125.00 (Reid, Erin) |
|---|---|---|---|---|

*Description:* (3-1) Unemployment taxes

*Remarks:*

---

| Creditor:        (9989741)<br>Lowery Masonry, LLC<br>P.O. Box 750516<br>Houston, TX 77275 | **Claim No: 4**<br>*Original Filed Date*: 09/22/2017<br>*Original Entered Date*: 09/22/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Theresa D Mobley<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $630428.16 | | |
| Secured | claimed: | $389160.00 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 4-1 | 09/22/2017 | Claim #4 filed by Lowery Masonry, LLC, Amount claimed: $630428.16 (Mobley, Theresa) |

*Description:* (4-1) M&M Liens on materials furnished and labor performed

*Remarks:*

---

| Creditor:        (9989755)<br>National Terrazzo Tile & Marble, Inc.<br>5728 HoodStreet<br>Houston, TX 77023 | **Claim No: 5**<br>*Original Filed Date*: 09/25/2017<br>*Original Entered Date*: 09/25/2017 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Carl Rapier Dawson<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $25041.32 | | |
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $0.00 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 5-1 | 09/25/2017 | Claim #5 filed by National Terrazzo Tile & Marble, Inc., Amount claimed: $25041.32 (Dawson, Carl) |

*Description:* (5-1) Construction services and materials provided

*Remarks:*

---

| Creditor:        (9989656)<br>Anne Whitlock and Michael Skelly<br>1001 McKinney St., Suite 700<br>Houston, TX 77002 | **Claim No: 6**<br>*Original Filed Date*: 09/25/2017<br>*Original Entered Date*: 09/25/2017 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Carl Rapier Dawson<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $75000.00 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 6-1 | 09/25/2017 | Claim #6 filed by Anne Whitlock and Michael Skelly, Amount claimed: $75000.00 (Dawson, Carl) |

*Description:* (6-1) Unpaid portion of promissory note given to pay judgment

*Remarks:*

---

| Creditor:        (10064540)<br>TD Industries<br>13850 Diplomat Drive<br>Dallas, TX 75234<br>(972) 888-9546 | **Claim No: 7**<br>*Original Filed Date*: 09/28/2017<br>*Original Entered Date*: 09/28/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 1 Rita Nieto rnie<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1274.38 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 7-1 | 09/28/2017 | Claim #7 filed by TD Industries, Amount claimed: $1274.38 (rnie, 1) |

*Description:*

*Remarks:*

| Creditor: (10072355)<br>SKAI Foundation<br>c/o Aaron J. Power<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | **Claim No: 8**<br>*Original Filed Date*: 10/10/2017<br>*Original Entered Date*: 10/10/2017 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Aaron James Power<br>*Modified*: |
|---|---|---|

| *No amounts claimed* |
|---|

| *History:* | | | |
|---|---|---|---|
| Details | 8-1 | 10/10/2017 | Claim #8 filed by SKAI Foundation, Amount claimed: (Power, Aaron) |

| *Description:* (8-1) Unliquidated Claim |
|---|
| *Remarks:* |

| Creditor: (10105041)<br>Larry Minns c/o Grent Dunwoody<br>2500 Tanglewilde Ste. 150<br>Houston, TX 77063 | **Claim No: 9**<br>*Original Filed Date*: 10/31/2017<br>*Original Entered Date*: 10/31/2017 | *Status*:<br>*Filed by*: CR<br>*Entered by*: ShoshanaArnow<br>*Modified*: |
|---|---|---|

| Amount claimed: $19873.00 |
|---|

| *History:* | | | |
|---|---|---|---|
| Details | 9-1 | 10/31/2017 | Claim #9 filed by Larry Minns c/o Grent Dunwoody, Amount claimed: $19873.00 (ShoshanaArnow) |

| *Description:* |
|---|
| *Remarks:* |

| Creditor: (10112547)<br>Lone Star Overnight<br>6500 River Place Blvd., Bldg#2, Ste. 105<br>Austin, TX 78730 | **Claim No: 10**<br>*Original Filed Date*: 11/09/2017<br>*Original Entered Date*: 11/09/2017 | *Status*:<br>*Filed by*: CR<br>*Entered by*: 4 Gabrielle Clair gclair<br>*Modified*: |
|---|---|---|

| Amount claimed: $80.04 |
|---|

| *History:* | | | |
|---|---|---|---|
| Details | 10-1 | 11/09/2017 | Claim #10 filed by Lone Star Overnight, Amount claimed: $80.04 (gclair, 4) |

| *Description:* (10-1) Delivery services rendered |
|---|
| *Remarks:* |

| Creditor: (10115372)<br>Sunbelt Rentals<br>1275 W Mound St.<br>Columbus, OH 43223 | **Claim No: 11**<br>*Original Filed Date*: 11/14/2017<br>*Original Entered Date*: 11/15/2017 | *Status*:<br>*Filed by*: CR<br>*Entered by*: 5 Sylvia Gonzalez sgon<br>*Modified*: |
|---|---|---|

| Amount claimed: $2681.39 |
|---|

| *History:* | | | |
|---|---|---|---|
| Details | 11-1 | 11/14/2017 | Claim #11 filed by Sunbelt Rentals, Amount claimed: $2681.39 (sgon, 5) |

| *Description:* (11-1) equipment rental |
|---|
| *Remarks:* |

| Creditor: (10130222) | **Claim No: 12** | *Status*: |
|---|---|---|

| Impact Stone Design, Inc.<br>3118 Golfcrest Boulevard<br>Houston, TX 77087 | *Original Filed Date*: 12/07/2017<br>*Original Entered Date*: 12/07/2017 | *Filed by*: CR<br>*Entered by*: 1 Dorina Noriega dnor<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $115189.00 | | |||
|---|---|---|---|---|

| *History:* |
|---|

| Details | | 12-1 | 12/07/2017 | Claim #12 filed by Impact Stone Design, Inc., Amount claimed: $115189.00 (dnor, 1) |
|---|---|---|---|---|

| *Description:* (12-1) Goods sold and services performed |
|---|

| *Remarks:* |
|---|

<br>

| *Creditor:*     (9989717)<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 13**<br>*Original Filed Date*: 12/15/2017<br>*Original Entered Date*: 12/15/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Annie L Ray<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $528413.71 | ||
|---|---|---|---|
| Secured | claimed: | $0.00 | ||
| Priority | claimed: | $298999.81 | ||

| *History:* |
|---|

| Details | | 13-1 | 12/15/2017 | Claim #13 filed by Internal Revenue Service, Amount claimed: $528413.71 (Ray, Annie) |
|---|---|---|---|---|

| *Description:* |
|---|

| *Remarks:* |
|---|

<br>

| *Creditor:*     (10137322)<br>Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | **Claim No: 14**<br>*Original Filed Date*: 12/19/2017<br>*Original Entered Date*: 12/19/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Samantha Montelongo<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $10869.59 | ||
|---|---|---|---|
| Priority | claimed: | $10628.77 | ||

| *History:* |
|---|

| Details | | 14-1 | 12/19/2017 | Claim #14 filed by Texas Comptroller of Public Accounts, Amount claimed: $10869.59 (Montelongo, Samantha) |
|---|---|---|---|---|

| *Description:* (14-1) Sales and Use Tax Ch. 151 (321, 322, 323) |
|---|

| *Remarks:* (14-1) General Unsecured Amount $ 240.82 |
|---|

<br>

| *Creditor:*     (10142568)<br>Thomas Reprographics, Inc.<br>Thomas Printworks<br>600 North Central Expressway<br>Richardson, TX 75080 | **Claim No: 15**<br>*Original Filed Date*: 12/27/2017<br>*Original Entered Date*: 12/28/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ShoshanaArnow<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4284.53 | | |||
|---|---|---|---|---|

| *History:* |
|---|

| Details | | 15-1 | 12/27/2017 | Claim #15 filed by Thomas Reprographics, Inc., Amount claimed: $4284.53 (ShoshanaArnow) |
|---|---|---|---|---|

| *Description:* (15-1) Goods Sold; Equiptment Rental; Web Portal Access |
|---|

| *Remarks:* |
|---|

| Creditor: (10145540)<br>Triple-S Steel Supply Company<br>Intsel Steel Distributors<br>11310 West Little York<br>Houston, TX 77041 | Claim No: 16<br>*Original Filed Date*: 12/29/2017<br>*Original Entered Date*: 01/02/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* ShoshanaArnow<br>*Modified:* |
|---|---|---|

| Amount claimed: $603.41 ┃┃┃ |
|---|

| *History:* | | | |
|---|---|---|---|
| **Details** | **16-1** | 12/29/2017 | Claim #16 filed by Triple-S Steel Supply Company, Amount claimed: $603.41 (ShoshanaArnow) |

| *Description:* (16-1) Goods Sold-Steel Materials |
|---|
| *Remarks:* |

---

| Creditor: (10149875)<br>Texas Mutual Insurance Company<br>6210 E. Highway 290<br>Austin, TX 78723 | Claim No: 17<br>*Original Filed Date*: 01/08/2018<br>*Original Entered Date*: 01/08/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* 4 Darlene Hansen dhan<br>*Modified:* |
|---|---|---|

| Amount claimed: $1.00 ┃┃┃ |
|---|

| *History:* | | | |
|---|---|---|---|
| **Details** | **17-1** | 01/08/2018 | Claim #17 filed by Texas Mutual Insurance Company, Amount claimed: $1.00 (dhan, 4) |

| *Description:* (17-1) Insurance Premium |
|---|
| *Remarks:* |

---

| Creditor: (9989771)<br>Rob Pelletier Construction, Inc.<br>12402 Eastex Freeway<br>Houston, TX 77039 | Claim No: 18<br>*Original Filed Date*: 01/05/2018<br>*Original Entered Date*: 01/09/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* 5 Sylvia Gonzalez sgon<br>*Modified:* |
|---|---|---|

| Amount claimed: $1855.00 ┃┃┃ |
|---|

| *History:* | | | |
|---|---|---|---|
| **Details** | **18-1** | 01/05/2018 | Claim #18 filed by Rob Pelletier Construction, Inc., Amount claimed: $1855.00 (sgon, 5) |

| *Description:* (18-1) furnished and installed skylights |
|---|
| *Remarks:* |

---

| Creditor: (10165183)<br>Graco Interests, Inc. d/b/a Graco<br>Mechanical<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015 | Claim No: 19<br>*Original Filed Date*: 02/01/2018<br>*Original Entered Date*: 02/01/2018 | Status:<br>*Filed by:* CR<br>*Entered by:* Jeffrey D. Carruth<br>*Modified:* |
|---|---|---|

| Amount claimed: $1304618.81 ┃┃┃ |
|---|

| *History:* | | | |
|---|---|---|---|
| **Details** | **19-1** | 02/01/2018 | Claim #19 filed by Graco Interests, Inc. d/b/a Graco Mechanical, Amount claimed: $1304618.81 (Carruth, Jeffrey) |

| *Description:* |
|---|
| *Remarks:* |

| Creditor: (10166347)<br>H.G. Fire Systems, L.P.<br>c/o The Mendel Law Firm, L.P.<br>1155 Dairy Ashford, Suite 104<br>Houston, TX 77079 | Claim No: 20<br>*Original Filed Date*: 02/02/2018<br>*Original Entered Date*: 02/02/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Stephen A Mendel<br>*Modified*: |
|---|---|---|

| Amount claimed: $77583.11 ||||| |
|---|

**History:**

| Details | | 20-1 | 02/02/2018 | Claim #20 filed by H.G. Fire Systems, L.P., Amount claimed: $77583.11 (Mendel, Stephen) |
|---|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor: (10178470)<br>David Morris + Architect<br>1211 Hardwood Lane<br>College Station, Texas 77840 | Claim No: 21<br>*Original Filed Date*: 02/20/2018<br>*Original Entered Date*: 02/21/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: 5 Sylvia Gonzalez sgon<br>*Modified*: |
|---|---|---|

| Amount claimed: $5040.00 ||||| |
|---|

**History:**

| Details | | 21-1 | 02/20/2018 | Claim #21 filed by David Morris + Architect, Amount claimed: $5040.00 (sgon, 5) |
|---|---|---|---|---|

*Description:* (21-1) Professional services performed

*Remarks:*

---

| Creditor: (10181921)<br>IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | Claim No: 22<br>*Original Filed Date*: 02/27/2018<br>*Original Entered Date*: 02/27/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Lisa Renee Chandler<br>*Modified*: |
|---|---|---|

| Amount claimed: $455.18 ||||| |
|---|

**History:**

| Details | | 22-1 | 02/27/2018 | Claim #22 filed by IPFS Corporation, Amount claimed: $455.18 (Chandler, Lisa) |
|---|---|---|---|---|

*Description:* (22-1) Amount due under premium finance agreement

*Remarks:*

---

| Creditor: (10181951)<br>Western Waterproofing Company of<br>America<br>d/b/a Western Specialty Contractors of A<br>1637 North Warson Road<br>St Louis, MO 63132 | Claim No: 23<br>*Original Filed Date*: 02/27/2018<br>*Original Entered Date*: 02/27/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: 1 Dahlila Benavides dben<br>*Modified*: |
|---|---|---|

| Amount claimed: $63197.92 ||||| |
|---|

**History:**

| Details | | 23-1 | 02/27/2018 | Claim #23 filed by Western Waterproofing Company of America, Amount claimed: $63197.92 (dben, 1) |
|---|---|---|---|---|

*Description:*

*Remarks:*

| Creditor: (9989701)<br>First Colony Church of Christ<br>2140 First Colony Blvd.<br>Sugar Land, TX 77479 | **Claim No: 24**<br>*Original Filed Date*: 03/10/2018<br>*Original Entered Date*: 03/10/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jeffrey D. Carruth<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $586486.00 | | ||| |

| *History:* |
|---|

| Details | | 24-1 | 03/10/2018 | Claim #24 filed by First Colony Church of Christ, Amount claimed: $586486.00 (Carruth, Jeffrey) |
|---|---|---|---|---|

*Description:* (24-1) Construction defect / construction guaranty.

*Remarks:*

---

| Creditor: (9989760)<br>Pella Products of Houston<br>8700 Fallbrook Drive<br>Houston, TX 77064 | **Claim No: 25**<br>*Original Filed Date*: 03/12/2018<br>*Original Entered Date*: 03/13/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 SamanthaWarda<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $28912.58 | | ||| |

| *History:* |
|---|

| Details | | 25-1 | 03/12/2018 | Claim #25 filed by Pella Products of Houston, Amount claimed: $28912.58 (SamanthaWarda, 4) |
|---|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor: (9989677)<br>CKC Steel Erectors, LLC<br>P.O. Box 841007<br>Houston, TX 77284 | **Claim No: 26**<br>*Original Filed Date*: 03/13/2018<br>*Original Entered Date*: 03/13/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* 4 JenniferOlson<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $31859.20 | | ||| |

| *History:* |
|---|

| Details | | 26-1 | 03/13/2018 | Claim #26 filed by CKC Steel Erectors, LLC, Amount claimed: $31859.20 (JenniferOlson, 4) |
|---|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor: (9989721)<br>Jarrar & Company, Inc.<br>9119 Emmott Road<br>Houston, TX 77040 | **Claim No: 27**<br>*Original Filed Date*: 03/14/2018<br>*Original Entered Date*: 03/14/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alex Olmedo Acosta<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $76703.04 | | ||| |
| Secured | claimed: | $76703.04 | | ||| |

| *History:* |
|---|

| Details | | 27-1 | 03/14/2018 | Claim #27 filed by Jarrar & Company, Inc., Amount claimed: $76703.04 (Acosta, Alex) |
|---|---|---|---|---|

*Description:* (27-1) Materialman's Lien

*Remarks:*

| Creditor: (9989679)<br>Coastal Supplies and Services, Corp.<br>7700 Eagle Lane<br>Spring, TX 77379 | Claim No: 28<br>*Original Filed Date*: 03/14/2018<br>*Original Entered Date*: 03/14/2018 | Status:<br>*Filed by*: CR<br>*Entered by*: Patrick L Hoskins<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $26930.00 | | ||| |
| Secured | claimed: | $26930.00 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 28-1 | 03/14/2018 | Claim #28 filed by Coastal Supplies and Services, Corp., Amount claimed: $26930.00 (Hoskins, Patrick) |

| Description: (28-1) CHAR DHAM TEMPLE 8044 COLLEGE PK DR WOODLANDS TX 77384 |
|---|
| Remarks: (28-1) SPECIALTY MANUFACTURED GOODS & MATERIALS |

| Creditor: (10195632)<br>COASTAL SUPPLIES & SERVICES<br>CORPORATION<br>7700 EAGLE LANE<br>SPRING, TEXAS 77379 | Claim No: 29<br>*Original Filed Date*: 03/14/2018<br>*Original Entered Date*: 03/14/2018 | Status:<br>*Filed by*: CR<br>*Entered by*: Patrick L Hoskins<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $21552.08 | | ||| |
| Secured | claimed: | $21552.08 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 29-1 | 03/14/2018 | Claim #29 filed by COASTAL SUPPLIES & SERVICES CORPORATION, Amount claimed: $21552.08 (Hoskins, Patrick) |

| Description: (29-1) '"110-114" MAIN STREET [HOTEL], HOUSTON, TX 77002 |
|---|
| Remarks: (29-1) SPECIALTY MANUFACTURED GOODS & MATERIALS |

| Creditor: (10198255)<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim No: 30<br>*Original Filed Date*: 03/15/2018<br>*Original Entered Date*: 03/15/2018 | Status:<br>*Filed by*: CR<br>*Entered by*: Valerie Smith<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $3776.93 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 30-1 | 03/15/2018 | Claim #30 filed by Synchrony Bank, Amount claimed: $3776.93 (Smith, Valerie) |

| Description: |
|---|
| Remarks: (30-1) LOWE'S or GEMB or GECRB |

| Creditor: (9989759)<br>Peak Roofing, Inc.<br>P.O. Box 70768<br>Houston, TX 77270-0768 | Claim No: 31<br>*Original Filed Date*: 03/15/2018<br>*Original Entered Date*: 03/16/2018 | Status:<br>*Filed by*: CR<br>*Entered by*: 5 Sylvia Gonzalez sgon<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $74978.50 | | ||| |

| History: | | | |
|---|---|---|---|
| Details | 31-1 | 03/15/2018 | Claim #31 filed by Peak Roofing, Inc., Amount claimed: $74978.50 (sgon, 5) |

| Description: (31-1) services rendered: roofing / construction |
|---|
| Remarks: |

| Creditor: (9989801)<br>Underwood Sheetmetal, Inc.<br>P.O. Box 70768<br>Houston, TX 77270 | **Claim No: 32**<br>*Original Filed Date*: 03/15/2018<br>*Original Entered Date*: 03/16/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: 5 Sylvia Gonzalez sgon<br>*Modified*: |
|---|---|---|

Amount claimed: $32900.00 ⫿

| *History*: | | | |
|---|---|---|---|
| Details | 32-1 | 03/15/2018 | Claim #32 filed by Underwood Sheetmetal, Inc., Amount claimed: $32900.00 (sgon, 5) |

*Description*: (32-1) Services rendered: sheet metal fabrication and installation

*Remarks*:

---

| Creditor: (9989811)<br>Zimmerman Interests, Inc.<br>3410 Montrose Blvd.<br>Houston, TX 77006 | **Claim No: 33**<br>*Original Filed Date*: 03/16/2018<br>*Original Entered Date*: 03/16/2018 | *Status*:<br>*Filed by*: AT<br>*Entered by*: James Dean Salyer<br>*Modified*: |
|---|---|---|

Amount claimed: $351931.92 ⫿

| *History*: | | | |
|---|---|---|---|
| Details | 33-1 | 03/16/2018 | Claim #33 filed by Zimmerman Interests, Inc., Amount claimed: $351931.92 (Salyer, James) |

*Description*: (33-1) Construction Contract

*Remarks*:

---

| Creditor: (9989700)<br>Fireproof Contractors, Inc.<br>P.O. Box 550107<br>Houston, TX 77255-0107 | **Claim No: 34**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status*:<br>*Filed by*: AT<br>*Entered by*: Damian W Abreo<br>*Modified*: |
|---|---|---|

Amount claimed: $49233.00 ⫿

| *History*: | | | |
|---|---|---|---|
| Details | 34-1 | 03/19/2018 | Claim #34 filed by Fireproof Contractors, Inc., Amount claimed: $49233.00 (Abreo, Damian) |

*Description*: (34-1) Unpaid balance on construction contracts

*Remarks*:

---

| Creditor: (9989727)<br>Lakey Electric Co.<br>P.O. Box 40279<br>Houston, TX 77240-0279 | **Claim No: 35**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Tracy Russell Galimore<br>*Modified*: |
|---|---|---|

Amount claimed: $1412186.49 ⫿
Secured claimed: $267783.40 ⫿

| *History*: | | | |
|---|---|---|---|
| Details | 35-1 | 03/19/2018 | Claim #35 filed by Lakey Electric Co., Amount claimed: $1412186.49 (Galimore, Tracy) |

*Description*: (35-1) Proof of Claim for services performed

*Remarks*:

| Creditor:    (10200343)<br>Raven Mechanical, LP<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056 | **Claim No: 36**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lisa M. Norman<br>*Modified:* |

Amount claimed: $66594.65 ‖‖

*History:*

Details | 36-1 | 03/19/2018 | Claim #36 filed by Raven Mechanical, LP, Amount claimed: $66594.65 (Norman, Lisa)

*Description:* (36-1) goods provided, breach of contract, trust fund violations

*Remarks:* (36-1) see attached

| Creditor:    (10200344)<br>Renfrow Metalsmiths, LLC<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056 | **Claim No: 37**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lisa M. Norman<br>*Modified:* |

Amount claimed: $67149.10 ‖‖

*History:*

Details | 37-1 | 03/19/2018 | Claim #37 filed by Renfrow Metalsmiths, LLC, Amount claimed: $67149.10 (Norman, Lisa)

*Description:* (37-1) goods provided, breach of contract, trust fund violations

*Remarks:* (37-1) see attached

| Creditor:    (10200345)<br>Crawford Electric Supply Company, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056 | **Claim No: 38**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lisa M. Norman<br>*Modified:* |

Amount claimed: $37770.60 ‖‖

*History:*

Details | 38-1 | 03/19/2018 | Claim #38 filed by Crawford Electric Supply Company, Inc., Amount claimed: $37770.60 (Norman, Lisa)

*Description:* (38-1) goods provided, breach of contract, trust fund violations

*Remarks:* (38-1) see attached

| Creditor:    (10200346)<br>Tobin & Rooney, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056 | **Claim No: 39**<br>*Original Filed Date*: 03/19/2018<br>*Original Entered Date*: 03/19/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lisa M. Norman<br>*Modified:* |

Amount claimed: $113900.06 ‖‖

*History:*

Details | 39-1 | 03/19/2018 | Claim #39 filed by Tobin & Rooney, Inc., Amount claimed: $113900.06 (Norman, Lisa)

*Description:* (39-1) goods provided, breach of contract, trust fund violations

*Remarks:* (39-1) see attached

# Claims Register Summary

**Case Name:** Fretz Construction Company
**Case Number:** 17-33832
**Chapter:** 7
**Date Filed:** 06/20/2017
**Total Number Of Claims:** 39

| | |
|---|---|
| **Total Amount Claimed*** | $5955989.81 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $784979.30 | |
| **Priority** | $309753.58 | |
| **Administrative** | | |